IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD NOLBERTO                                              PLAINTIFF

v.                       No. 3:16-cv-264-DPM

AUTOZONERS LLC                                               DEFENDANT

ORDER

1. The Court held a status conference and motion hearing today. The Court ordered Nolberto to get a new lawyer or attend today's hearing. № 26. New counsel has not appeared. Nolberto did not attend the hearing.

2. Mr. Koch's motion to withdraw, № 23, is granted for good cause. He must provide Nolberto's contact information to the Court and to opposing counsel by 2 March 2018. He must turn over his case file to Nolberto or to new counsel, if one appears. As agreed, Mr. Koch's attorney's lien is released. He is relieved with the Court's thanks.

3. If Nolberto wants to pursue this case, he must file notice with the Court by 23 March 2018. If he does not do so, the Court will dismiss his case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

23 February 2018