# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONALD NOLBERTO                            PLAINTIFF

v.                      No. 3:16-cv-264-DPM

AUTOZONERS LLC                             DEFENDANT

## ORDER

The Court ordered Nolberto to file notice if he wanted to pursue this case. № 29. He hasn't. So the Court will dismiss the case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2018