# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONALD NOLBERTO                                            PLAINTIFF

v.                      No. 3:16-cv-264-DPM

AUTOZONERS LLC                                             DEFENDANT

## JUDGMENT

The amended complaint is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2018